# EXHIBIT B

## (FILED UNDER SEAL AT DOCKET NO. 185)