UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH NEW ENGLAND, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TRINITY HEALTH-NEW ENGLAND, INC., )<br>a Connecticut Corporation, and )<br>)<br>TRINITY HEALTH CORPORATION, )<br>an Indiana Corporation, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 3:15-cv-30206-MGM |

## ~~[PROPOSED]~~ ORDER OF DISMISSAL AND FINAL JUDGMENT

This case having been settled by the Parties by execution of a Settlement Agreement requiring future compliance with certain terms of the Settlement Agreement, the Court hereby ORDERS as follows:

(1) The Parties' Joint Motion for Entry of Dismissal and Final Judgment (Dkt. No. 186) is GRANTED.

(2) All claims in this case, including all counterclaims asserted herein, are DISMISSED with prejudice.

(3) The Court retains jurisdiction over this case for the limited purposes of interpreting and enforcing the terms of the Settlement Agreement, and for those purposes, the terms of the Settlement Agreement (which has been filed under seal as Exhibit B to the Joint Motion for Entry of Dismissal and Final Judgment (Dkt. No. 185)) are incorporated herein and shall become the order and final judgment of the Court.

IT IS SO ORDERED.

_____
United States District Judge